UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

IN RE:
    ANTONIO D. THORNTON                           CASE NO. 07-11535
    Debtor

## TRANSMITTAL OF UNCLAIMED FUNDS

    JOHN C. CONINE, Trustee of this estate, reports the following:

    1. Ninety days having passed since final distribution under 11 U.S.C. 726 was made in this case. Your Trustee has stopped payment on all checks remaining unpaid. The names of persons to whom such unnegotiated distribution checks were issued, the amount of such checks, and their last known addresses are:

    W.K. Pierremont Health Center
    8001 youree Drive, Suite 880
    Shreveport, LA 71115                            $741.01

    2. Your Trustee's check for $741.01, payable to the Clerk of the Court, is attached to this report and list.

    3. Nothing further remains to be done in this case.

Natchitoches, Louisiana, March 1, 2010.

                                                     __S/ John Clifton Conine_____
                                                     JOHN C. CONINE, TRUSTEE